UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JACOB NEAL LEDGERWOOD )
)
v. ) NO. 3:12-0861
) JUDGE CAMPBELL
FEDEX CORPORATION )

ORDER

The Court is in Receipt of a Notice of Voluntary Dismissal (Docket No. 5) dismissing the above case without prejudice. Accordingly, the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE